IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                           PETITIONER
ADC #139439

V.                                    NO. 5:08cv00203 SWW-JWC

RAY HOBBS, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Clerk of the Court is directed to docket, and to provide copies to counsel for both parties in this case, the transcript of the July 27, 2007 proceedings in Boone County Circuit Court Case No. CR 2007-193 (Devries), received this date from the court reporter.

IT IS SO ORDERED this 21st day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE