IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #139430

V.　　　　　　　　　　　NO.  5:08cv00203 SWW-JWC

LARRY NORRIS, Director,　　　　　　　　　　　　　　　　　　　　　RESPONDENT
Arkansas Department of Correction

## ORDER

The response to Petitioner's motion to hold the summary judgment filings in abeyance (doc. 66) is due June 3, 2010.  Respondent has notified the Court that it does wish to respond.

It would be unreasonable to require Petitioner to respond to the basic motion for summary judgment until the Court has had the opportunity to resolve the issues raised by the motions for discovery and to hold the summary judgment motion in abeyance. Therefore, Petitioner's deadline for responding to Respondent's summary judgment motion (doc. 61) is suspended pending resolution of those issues and will be reset at that time.

IT IS SO ORDERED this 21st day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE