IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                      PETITIONER
ADC #139430

V.                             NO.  5:08cv00203 SWW-JWC

LARRY NORRIS, Director,                                                             RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a partial motion to quash subpoenas of non-parties Chris Carter and Wes Bradford (doc 79), whose depositions are scheduled for July 1, 2010.  In response (doc. 78), Petitioner says he has no opposition to the motion, was not contacted regarding the issue, and is withdrawing the requests to produce the criminal files mentioned in the subpoenas *duces tecum*.  Respondent's motion is **denied** as moot.

Compliance with Local Rule 7.2(g) regarding this issue would have saved the Court and the parties significant time.[1]

IT IS SO ORDERED this 30th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]The rule provides:

> All motions to compel discovery and all other discovery-enforcement motions and all motions for protective orders shall contain a statement by the moving party that the parties have conferred in good faith on the specific issue or issues in dispute and that they are not able to resolve their disagreements without the intervention of the Court.