IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                           PETITIONER
ADC #139439

V.                                      NO. 5:08cv00203 SWW-JWC

RAY HOBBS, Director
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

Respondent has filed a motion (doc. 97) asking the Court (1) to stay Petitioner's cross-motion for summary judgment, (2) to suspend Respondent's time for responding to the cross-motion, (3) to suspend Respondent's time to reply to Petitioner's response to Respondent's motion for summary judgment. According to Respondent, further pleading on these matters hinges on the Court's ruling on Petitioner's motion for leave to file an amended petition, which would expand the allegations in this case (docs. 85-86). Petitioner opposes a stay (doc. 99), and Respondent has replied (doc. 101).

Respondent's current motion (doc. 97) is **granted** to the extent that times for responses/replies will be extended. The current deadlines are suspended, and deadlines for further pleading will be set when the Court rules on the motion for leave to amend.

IT IS SO ORDERED this 29th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE