IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                          PETITIONER
ADC #139430

V.                                  NO.  5:08cv00203 SWW-JWC

RAY HOBBS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a motion for leave to file under seal three attachments to his reply to Petitioner's traverse (doc. 108).  The motion is **granted**.  Respondent is directed to submit these attachments and the Clerk of the Court is directed to file under seal Attachments B, C and I to docket entry #107.

IT IS SO ORDERED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE