IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                PETITIONER
ADC #139430

V.                            NO.  5:08cv00203 SWW-JWC

RAY HOBBS, Director,                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a motion for leave to file under seal an exhibit to his response to Petitioner's superseding petition (doc. 118).  The motion is **granted**.  Respondent is given leave to file under seal Exhibit F to his response filed on September 10, 2010 (doc. 115).  The Clerk of the Court is directed to place Exhibit F under seal.

IT IS SO ORDERED this 14th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE