IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                                       PETITIONER
ADC #139430

V.                                      NO. 5:08cv00203 SWW-JWC

RAY HOBBS, Director
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

Respondent has filed a motion (doc. 127) for leave to file under seal an exhibit to his response to Petitioner's superseding petition. The motion is **granted**. Respondent is given leave to file under seal Exhibit O to his response filed on September 10, 2010 (doc. 115). The Clerk of the Court is directed to place Exhibit O under seal.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE