IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                       PETITIONER
ADC #139430

V.                             NO.  5:08cv00203 SWW-JWC

RAY HOBBS, Director,                                                                   RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion for summary judgment (doc. 61) and Petitioner's cross-motion for summary judgment (doc. 92) are hereby **denied**, and the case shall proceed to an evidentiary hearing on the issues set forth in the recommendations.

IT IS SO ORDERED this 15th   day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE