IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                      PETITIONER
ADC #139430

V.                          NO.  5:08-cv-00203 SWW-JWC

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

The parties are directed to file, on or before June 17, 2011, any amendments to their pre-hearing briefs in light of the disclosure of Dr. Roger Moore's report.

IT IS SO ORDERED THIS 6th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE