IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                                          PETITIONER
ADC #139430

V.                                         NO.  5:08-cv-00203 SWW-JWC

RAY HOBBS, Director,                                                                                   RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner's counsel has informed the Court by e-mail that he has a client scheduled for execution on July 12, 2011, the first day set for the hearing in this case.  If the execution is not stayed, counsel could be occupied with last-minute, emergency filings and may be required to be in attendance on July 12.  The parties have agreed that if this occurs, the hearing would be delayed, but they would want to begin July 13, 2011.

The hearing will remain set for July 12, 2011.  However, if it is necessary for Petitioner's counsel to be involved with the death penalty case on that date, the hearing will commence at 9:30 a.m. on July 13, 2011.  Counsel must notify the Court as soon as they know whether or not our case must be delayed.

I have set aside an extra day for completion of the hearing.  If scheduling difficulties arise for counsel, the record will remain open until both parties have had full opportunity to complete their evidence.

IT IS SO ORDERED this 9th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE