IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                                                    PETITIONER
ADC #139430

V.                                      NO.  5:08cv00203 SWW-JWC

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this 28 U.S.C. § 2254 petition for a writ of habeas corpus, as amended, (docs. 2, 9, 86) is DENIED, and this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED THAT a certificate of appealability is GRANTED as to all issues pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 9th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE