IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY GALE PLUNK                                              PETITIONER
ADC #139430

V.                       NO.  5:08cv00203 SWW-JWC

RAY HOBBS, Director,                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 9th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE